JS-6 / ENTERED

*[ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — SEP 17 2012 — CENTRAL DISTRICT OF CALIFORNIA BY __ DEPUTY]*

*[FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — SEP 17 2012 — CENTRAL DISTRICT OF CALIFORNIA BY __ DEPUTY]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR DANIEL NAVA,<br><br>    Petitioner,<br><br>vs.<br><br>DAWN CEJA, Acting Warden, et al.<br><br>    Respondents. | Case No. CV 12-3106-VBF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 14, 2012

*/s/ Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE

1