JS-6 / ENTERED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDGAR DANIEL NAVA,

    Petitioner,

vs.

DAWN CEJA, Acting Warden, et al.

    Respondents.

Case No. CV 12-3106-VBF (JPR)

**J U D G M E N T**

Pursuant to the Order Accepting Findings and Recommendation of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 14, 2012

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE